## Riday's Estate.

Argued January 30, 1935.   Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*Ralph S. Croskey,* for appellant.

*Harry C. Most,* for appellees.

PER CURIAM, March 25, 1935:

This is an appeal from the refusal of the court below to allow a claim in the amount of $10,000, with interest, against the estate of Harry W. Riday, deceased. We find no error in the decision of the lower court, and accordingly affirm the decree on the portion of the opinion of the late Judge GEST reported at 21 D. & C. 585.

The decree is affirmed at appellant's costs.